# UNITED STATES DISTRICT COURT

District of   Massachusetts

The Prudential Insurance Company
of America

V.

Paulette I. Sanchez, Jeri Lynn
Sanchez, Todd Sanchez, Katelyn
Sanchez, Todd Sanchez, Jr.

SUMMONS IN A CIVIL CASE

CASE NUMBER:  04 11005 RWZ

TO: (Name and address of Defendant)

Jeri Lynn Sanchez
996 Walnut Street
Fall River, MA  02720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. Bogaert, Esq.
Geoffrey M. Coan, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK   Pat Russo

DATE  7-19-04

# RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 23, 2004 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~

Said service was made at:    996 WALNUT STREET, FALL RIVER    , MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE  $  62.00    Trips \_\_\_\_

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    July 23, 2004
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE \_\_\_\_ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| ALSO SERVED: INTERPLEADER COMPLAINT | | | $ \_\_\_\_ |
| | | | $ \_\_\_\_ |
| | | | $ \_\_\_\_ |
| | | | $ \_\_\_\_ |
| | | | $ \_\_\_\_ |
| | | | $ \_\_\_\_ |
| | | TOTAL | $ \_\_\_\_ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**           One Devonshire Place           Telephone # (617) 720-5733
Massachusetts Constables since 1925        Boston, MA 02109               Fax #       (617) 720-5737