AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

The Prudential Insurance Company of America

V.

Paulette I. Sanchez, Jeri Lynn Sanchez, Todd Sanchez, Katelyn Sanchez, Todd Sanchez, Jr.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11605 RWZ

FILED
2004 AUG -5 A 11: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Todd Sanchez
451 Renauld Street
Fall River, MA  02721

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE 7-19-04 |
|---|---|
| (By) DEPUTY CLERK  Pat Russo | |

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | July 23, 2004 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~
_____

Said service was made at: _____451 RENAULD STREET, FALL RIVER_____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 35.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 23, 2004___   _[signature]_
Date                                Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date        Time        Remarks                                         FEE
ALSO SERVED: INTERPLEADER COMPLAINT                                     $ _____
                                                                        $ _____
                                                                        $ _____
                                                                        $ _____
                                                                        $ _____
                                                                        $ _____
                                                                        $ _____
                                                            TOTAL       $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            One Devonshire Place        Telephone # (617) 720-5733
Massachusetts Constables since 1925         Boston, MA 02109            Fax #       (617) 720-5737